| Fill in this information to identify the case |
|---|
| Debtor name **Rylee & Company, LLC** |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number **24-42062** (if known) |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**2.** **Cash on hand** _____

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Texas Regional Bank - Checking account** | **Checking account** | 7  4  7  5 | $0.00 |
| 3.2. | **First United Bank - Savings account** | **Savings account** | 4  5  8  2 | $617.35 |

**4.** **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$617.35

## Part 2: Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor    **Rylee & Company, LLC**
_____
Name

Case number (if known)    **24-42062**

| | Current value of debtor's interest |
|---|---|

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.    Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**$0.00**

## Part 3:    Accounts receivable

**10.    Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**11.    Accounts receivable**

| | | | Current value of debtor's interest |
|---|---|---|---|

11a.  90 days old or less:    **$35,831.00** – **$0.00** = ............. ➔    **$35,831.00**
    face amount    doubtful or uncollectible accounts

11b.  Over 90 days old:    **$0.00** – **$0.00** = ............. ➔    **$0.00**
    face amount    doubtful or uncollectible accounts

**12.    Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$35,831.00**

## Part 4:    Investments

**13.    Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.    Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

**$0.00**

## Part 5:    Inventory, excluding agriculture assets

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| Debtor | **Rylee & Company, LLC** | Case number (if known) | **24-42062** |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | $0.00 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | Rylee & Company, LLC | Case number (if known) | 24-42062 |
|---|---|---|---|
| | Name | | |

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| See attached list. | | | **$7,500.00** |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attached list. | | | **$355.00** |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$7,855.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Buses** | | | **$25,000.00** |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **Trailers (10' Trailer/Enclosed Trailer)** | | | **$7,500.00** |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Playground Equipment** | | | **$5,000.00** |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$37,500.00

**Rylee and Company** - DBA - **Little Lions Learning Center**

P.O. Box 264

Ponder, Texas 76259

Phisical Address                    Sq. Ft.

134 January Lane                    6000

Ponder, Texas 76259                              Date _08/30/2024

| Furniture - I 1 | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Rocking Chair | 2 | $15.00 | each | | | $ | 30.00 |
| Bouncers | 5 | $5.00 | each | | | $ | 25.00 |
| Exersaucers | 3 | $10.00 | each | | | $ | 30.00 |
| Mini Refrigerator | 1 | $30.00 | each | | | $ | 30.00 |
| Microwave | 1 | $25.00 | each | | | $ | 25.00 |
| Jumperoos | 3 | $10.00 | each | | | $ | 30.00 |
| High Chairs | 2 | $5.00 | each | | | $ | 10.00 |
| Swings | 2 | $10.00 | each | | | $ | 20.00 |
| Toys | 1 | $50.00 | LOT | | | $ | 50.00 |
| Bumbos | 0 | $5.00 | each | | | $ | - |
| Miscellaneous | | | | | | | |
| | | | | | | $ | 250.00 |

| Furniture - I 2 | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Cribs | 8 | $25.00 | each | | | $ | 200.00 |
| Miscellaneous | | | | | | | |
| | | | | | | $ | 200.00 |

| IB - 1 | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Cubbies | 2 | $40.00 | each | | | $ | 80.00 |
| Miscellaneous | | | | | | | |
| | | | | | | $ | 80.00 |

| Furniture - I 3 | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Book Shelf | 1 | $15.00 | each | | | $ | 15.00 |
| Table | 1 | $20.00 | each | | | $ | 20.00 |
| Chairs | 6 | $0.00 | each | | | $ | - |
| Toy Box | 1 | $0.00 | each | | | $ | - |
| TV | 1 | $50.00 | each | | | $ | 50.00 |
| Toys | 1 | $100.00 | LOT | | | $ | 100.00 |
| Miscellaneous | | | | | | | |
| | | | | | | $ | 185.00 |

| Kitchen | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Tables | 6 | $20.00 | each | | | $ | 120.00 |
| Chairs | 40 | $0.00 | each | | | $ | - |
| TV | 1 | $50.00 | each | | | $ | 50.00 |
| High Chairs | 2 | $5.00 | each | | | $ | 10.00 |
| Microwave | 1 | $0.00 | each | | | $ | - |
| Freezer | 1 | $100.00 | each | | | $ | 100.00 |
| Refrigerator | 2 | $100.00 | each | | | $ | 200.00 |
| Miscellaneous | | | | | | | |
| | | | | | | $ | 480.00 |

| Furniture - T 1 | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Tables | 2 | $20.00 | each | | | $ | 40.00 |
| Chairs | 10 | $0.00 | each | | | $ | - |
| Bookshelf | 2 | $15.00 | each | | | $ | 30.00 |
| Cubbies (IN BR) | 2 | $50.00 | each | | | $ | 100.00 |
| TV | 1 | $0.00 | each | | | $ | - |
| Toys | 1 | $100.00 | LOT | | | $ | 100.00 |
| Miscellaneous | | | | | | | |
| | | | | | | $ | 270.00 |

| Furniture - T 2 | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Tables | 2 | $20.00 | each | | | $ | 40.00 |
| Chairs | 10 | $0.00 | each | | | $ | - |
| Bookshelf | 2 | $15.00 | each | | | $ | 30.00 |
| Cubby in BR | 1 | $30.00 | each | | | $ | 30.00 |
| Toys | 1 | $100.00 | LOT | | | $ | 100.00 |
| TV | 1 | $0.00 | each | | | $ | - |
| Miscellaneous | | | | | | | |
| | | | | | | $ | 200.00 |

| Furniture -P K 3 | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Tables | 2 | $20.00 | each | | | $ | 40.00 |
| Chairs | 12 | $0.00 | each | | | $ | - |
| BookShelf | 2 | $20.00 | each | | | $ | 40.00 |
| Book Holder | 1 | $15.00 | each | | | $ | 15.00 |
| Cubby in BR | 1 | $15.00 | each | | | $ | 15.00 |
| Toys | 1 | $150.00 | LOT | | | $ | 150.00 |
| Miscellaneous | | | | | | | |
| | | | | | | $ | 260.00 |

| Furniture - P K 4 | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Tables | 2 | $20.00 | each | | | $ | 40.00 |
| Chairs | 18 | $0.00 | each | | | $ | - |
| BookShelf | 2 | $20.00 | each | | | $ | 40.00 |
| BookHolder | 1 | $0.00 | each | | | $ | - |
| | | $0.00 | each | | | $ | - |
| Cubbies | 2 | $35.00 | each | | | $ | 70.00 |
| Toys | 1 | $150.00 | LOT | | | $ | 150.00 |
| Supplies | 1 | $75.00 | LOT | | | $ | 75.00 |
| Miscellaneous | | | | | | | |
| | 27 | | | | | $ | 375.00 |

| Home Work R# | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Desk | 1 | $0.00 | each | | | $ | - |
| | | | | | | $ | - |
| Supplies | 1 | $250.00 | LOT | | | $ | 250.00 |
| | 1 | | | | | $ | 250.00 |

| Supply Closet | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Washer | 1 | $50.00 | each | | | $ | 50.00 |
| Dryer | 1 | $50.00 | each | | | $ | 50.00 |
| Shelving | 4 | $10.00 | each | | | $ | 40.00 |
| Supplies | 1 | $150.00 | LOT | | | $ | 150.00 |
| Miscellaneous | | | | | | | |
| | 7 | | | | | $ | 290.00 |

| Furniture - S A | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Tables | 4 | $20.00 | each | | | $ | 80.00 |
| Chairs | 6 | $0.00 | each | | | $ | - |
| Cubbies | 2 | $30.00 | each | | | $ | 60.00 |
| Desk | 1 | $0.00 | each | | | $ | - |
| TV | 1 | $100.00 | each | | | $ | 100.00 |
| Supplies | 1 | $150.00 | LOT | | | $ | 150.00 |
| Toys | 1 | $100.00 | LOT | | | $ | 100.00 |
| TV | 1 | $0.00 | each | | | $ | - |
| Miscellaneous | | | | | | | |
| | 17 | | | | | $ | 490.00 |

| Reception Area | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Computer | 1 | $0.00 | each | | | $ | - |
| Printer | 1 | $0.00 | each | | | $ | - |
| Lamination | 1 | | each | | | $ | - |
| Supplies | 1 | $75.00 | LOT | | | | $75.00 |
| Miscellaneous | | | | | | | |
| | 4 | | | | | $ | 75.00 |

| Directors Office | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Desk | 1 | $200.00 | each | | | $ | 200.00 |
| File Cabinets | 2 | $0.00 | each | | | $ | - |
| Wood File Cabinet | 1 | $25.00 | each | | | $ | 25.00 |
| BookShelf | 1 | $0.00 | each | | | $ | - |
| Chairs | 3 | $10.00 | each | | | $ | 30.00 |
| Supplies | 1 | $200.00 | LOT | | | | $200.00 |
| Miscellaneous | | | | | | | |
| | | | | | | $ | 455.00 |

| Leased / Loaned | Qty | New | | | Leinholder | Total Cost | |
|---|---|---|---|---|---|---|---|
| Playground | 1 | $4,500.00 | each | | | $ | 4,500.00 |
| Playground 2 | 1 | $4,000.00 | each | | | $ | 4,000.00 |
| Toys | 1 | $300.00 | LOT | | | $ | 300.00 |
| Toys (small) | 1 | $200.00 | LOT | | | $ | 200.00 |
| Miscellaneous | | | | | | | |
| | 4 | | | | | $ | 9,000.00 |

| Leased / Loaned | Qty | | Purchase Price | | Leinholder | Total Cost | |
|---|---|---|---|---|---|---|---|
| 1998 Bluebird | 1 | Activity Bus | $1,500.00 | | | $ | 1,500.00 |
| 2000 Bluebird | 1 | Activity Bus | $1,000.00 | | | $ | 1,000.00 |
| 2016 Chevy Bus | 1 | | $15,000.00 | | | $ | 15,000.00 |
| | | | | | | $ | 17,500.00 |

| Misc. Supplies | Qty | Good Faith Est. | | | | Total Cost | |
|---|---|---|---|---|---|---|---|
| Supplies | 1 | $1,000.00 | LOT | | | $ | 1,000.00 |
| Lockers | 4 | $15.00 | each | | | $ | 60.00 |
| Extra Tables | 4 | $10.00 | each | | | $ | 40.00 |
| Extra Chairs | 20 | $1.00 | each | | | $ | 20.00 |

|  | | | | | | YTD Total | |
|---|---|---|---|---|---|---|---|
| | | | | | | $ | 31,480.00 |

Veritied by: _____

Entered by: _____

| Sign In/Out Area | Qty | | Good Faith Est. | | Total Cost | | |
|---|---|---|---|---|---|---|---|
| Computer | 2 | | $10.00 | each | $   20.00 | | |
| Computer | 2 | | $100.00 | each | $ 200.00 | | |
| Printer | 2 | | $0.00 | each | $      - | | |
| Server | 1 | | $100.00 | each | $ 100.00 | | |
| Computer | 1 | | $35.00 | each | $   35.00 | | |
| | | | | | **$355.00** | | |

| Debtor | Rylee & Company, LLC | Case number (if known)  24-42062 |
|---|---|---|
| | Name | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Building (6,000 sq. ft.) on 2 acres | Owner | $306,418.00 | DCAD- lender 750 | $616,000.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.      | **$616,000.00** |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.      | **$0.00** |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

Debtor    **Rylee & Company, LLC**                                Case number (if known)    **24-42062**
          Name

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

**The tax return shows loans to shareholders at $279,702.00.**

$279,702.00  –  $279,702.00  = ➡    $0.00

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

**Great American Insurance Group - Accident Policy**                    $0.00

**Acord - Property Insurance**                                          $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Open Infra, Inc. and Lightup Construction Inc.**                     $205,000.00

Nature of claim    **Tort more than $205,000.00**

Amount requested    **$205,000.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

|  |
|---|
| **$205,000.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

09/13/2024 04:58:44pm

| Debtor | **Rylee & Company, LLC** | Case number (if known) | **24-42062** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$617.35** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$35,831.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$7,855.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$37,500.00** | |
| 88. | **Real property.** *Copy line 56, Part 9* .......................➔ | | **$616,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+ $205,000.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | **$286,803.35** | + 91b. **$616,000.00** |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................... | | **$902,803.35** |

**Fill in this information to identify the case:**

Debtor name     **Rylee & Company, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number     **24-42062**
(if known)

☐ Check if this is an
  amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| **2.1** | **Creditor's name** **Bayfirst National Bank** | Describe debtor's property that is subject to a lien **Loan** | **$19,836.90** | **$35,836.68** |
| | **Creditor's mailing address** **700 Central Ave** **Mail Code 206** | Describe the lien | | |
| | | **Is the creditor an insider or related party?** ☑ No  ☐ Yes | | |
| | St. Petersburg      FL    33701 | | | |
| | **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☑ No  ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**   **July 2024** **Last 4 digits of account number**     **5  0  0  8** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes.  Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

**For Accounts Receivable from unrelated third parties are estimat: 1) First United Bank and Trust Company; 2) Bayfirst National Bank; 3) Internal Revenue Service.  For Texas Regional Bank - Checking account: 1) Denton County Tax Assessor; 2) First United Bank and Trust Company; 3) Bayfirst National Bank.  For First United Bank - Savings account: 1) Denton County Tax Assessor; 2) First United Bank and Trust Company; 3) Bayfirst National Bank.**

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$400,784.35**

Debtor   **Rylee & Company, LLC**                                    Case number (if known) **24-42062**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.2**   Creditor's name
**Denton County Tax Assessor**

Creditor's mailing address
**1505 E. McKinney St.**

_____

**Denton              TX     76209**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number           ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

**Buses, Property, Equipment**

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

    $0.00     $661,005.68

**For Buses: 1) Denton County Tax Assessor; 2) TCF/Huntington Bank (Bus).  For Building (6,000 sq. ft.) on 2 acres: 1) Denton County Tax Assessor; 2) First United Bank and Trust Company; 3) Internal Revenue Service.  For See attached list. : 1) Denton County Tax Assessor.  For Trailers (10' Trailer/Enclosed Trailer) : 1) Denton County Tax Assessor.  For Playground Equipment : 1) Denton County Tax Assessor.  For First United Bank - Savings account: See 2.1.  For Texas Regional Bank - Checking account: See 2.1.**

    ☐ Yes.  The relative priority of creditors is specified on lines  _____

**2.3**   Creditor's name
**First United Bank and Trust Company**

Creditor's mailing address
**1400 W. Main St.**

_____

**Durant              OK     74701**

Creditor's email address, if known

_____

Date debt was incurred   **November 2012**

Last 4 digits of account
number           _5_  _0_  _0_  _7_

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines  **2.1, 2.2**

Describe debtor's property that is subject to a lien

**Building**

Describe the lien

**Assignment of plans and permits**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

    $360,000.00     $651,836.68

| Debtor | **Rylee & Company, LLC** | Case number (if known) **24-42062** |
|---|---|---|

| **Part 1:** | **Additional Page** | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4**

**Creditor's name**
**Internal Revenue Service**

**Creditor's mailing address**
**P.O. Box 7346**

**Philadelphia          PA    19101-7346**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2**

**Describe debtor's property that is subject to a lien**
**Building (6,000 sq. ft.) on 2 acres**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**    Value of collateral: **$651,831.00**

**2.5**

**Creditor's name**
**TCF/Huntington Bank (Bus)**

**Creditor's mailing address**
**11100 Wayzata Blvd. Suite 700**

**Minnetonka          MN    55305**

**Creditor's email address, if known**

**Date debt was incurred    April 2022**

**Last 4 digits of account number**  _6_ _5_ _0_ _0_

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**
**2016 Chevrolet Collins**

**Describe the lien**
**33 passenger mid bus**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$20,947.45**    Value of collateral: **$25,000.00**

Debtor   **Rylee & Company, LLC** _____   Case number (if known) **24-42062** _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Brock McKnight** | Line **2.3** | ___ ___ ___ ___ |
| **1517 Centre Place Dr.** | | |
| **Denton**          **TX**    **76205** | | |
| **SBA Cesc (EIDL)** | Line **2.3** | ___ ___ ___ ___ |
| **14925 Kingspoint Road** | | |
| **Fort Worth**        **TX**    **76155** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Rylee & Company, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-42062** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.  Go to Part 2.
☑ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

| | |
|---|---|
| **Internal Revenue Service** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Centralized Insolvency Operation** | ☐ Contingent |
| **P.O. Box 7346** | ☐ Unliquidated |
| | ☐ Disputed |
| **Philadelphia        PA     19101-7346** | **Basis for the claim:** |
| Date or dates debt was incurred | |
| _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☑ No |
| Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** ) | ☐ Yes |

Debtor   **Rylee & Company, LLC**                                    Case number (if known)   **24-42062**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,637.97** |

**Amazon Chase (Frank Castillo)**

**Mail Code LA4-7200**

**700 Kansas Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Monroe**          **LA**   **71203**

Basis for the claim:
**Credit Card**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Amber Castillo**

**134 January Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Ponder**          **TX**   **76259**

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,363.51** |

**Bank of America (Frank Castillo)**

**P.O. Box 15284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington**          **DE**   **19850**

Basis for the claim:
**Credit Card**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number **8   2   7   8**

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,232.42** |

**Bank of America - Company**

**P.O. Box 15796**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington**          **DE**   **19886-5796**

Basis for the claim:
**Credit Card**

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number **0   0   8   3**

Debtor    **Rylee & Company, LLC**                    Case number (if known)    **24-42062**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$7,500.00** |

**BCA Capital**

**c/o Marcella G. Rabinovich, Esq.**

**100 Merrick Rd #W212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Rockville Centre**          **NY**     **11570**

Basis for the claim:
**Stipulated Settlement Agreement**

Date or dates debt was incurred    **February 2024**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$4,538.00** |

**Capital One - Wayfair Professional**

**P.O. Box 17885**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Portland**          **ME**     **04112-8885**

Basis for the claim:
**Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    **1   3   2   5**

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$9,768.00** |

**CFG Merchant Solutions, LLC**

**180 Maiden Lane, 15th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**New York**          **NY**     **10038**

Basis for the claim:
**Purchase Agreement**

Date or dates debt was incurred    **03/27/2024**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$14,725.00** |

**Elevate Funding**

**5200 NW 43rd Street, Suite 102-134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Gainesville**          **FL**     **32606**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Rylee & Company, LLC**                                    Case number (if known)    **24-42062**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.9** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Everest Business Funding +**

**c/o Recovery Solutions Group, LLC**

**1008 Mattlind Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,997.59**

**Milford**                **DE**      **19963**

**Basis for the claim:**

Date or dates debt was incurred    **February 2024**

Last 4 digits of account number    **7    8    6    7**

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.10** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Frank Castillo**

**134 January Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Ponder**                **TX**      **76259**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.11** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Funding Metrics LLC Quick Fix Capital**

**3220 Tillman Drive, Ste. 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,345.00**

**Bensalem**                **PA**      **19020**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.12** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Home Depot**

**P.O. Box 183175**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,239.96**

**Columbus**                **OH**      **43218**

**Basis for the claim:**    **Credit Card**

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Rylee & Company, LLC** | Case number (if known) | **24-42062** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** | Nonpriority creditor's name and mailing address

**Infinite Capital Group**

**147 Prince St.**

**Brooklyn          NY     11201**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$14,000.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**National Funding, Inc.**

**c/o Tara Muren**

**4380 La Jolla Village Dr.**

**San Diego          CA     92122**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$40,000.00**

---

**3.15** | Nonpriority creditor's name and mailing address

**U.S. Small Business Adminstration**

**P.O. Box 3918**

**Portland          OR     97208-3918**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$199,000.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**Upstart Network, Inc.**

**P.O. Box 1503**

**San Carlos          CA     94070**

Date or dates debt was incurred

Last 4 digits of account number       9  8  4  4

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$51,528.09**

---

Debtor    **Rylee & Company, LLC**_____    Case number (if known)  **24-42062**_____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

| 4.1 | **Amar Raval** | Line _____ | __ __ __ __ |
| | **Berg Plummer Johnson & Raval LLP** | ☑ Not listed.  Explain: | |
| | **3700 Buffalo Speedway, Suite 1150** | **Notice Only** | |
| | **Houston        TX    77098** | | |

| 4.2 | **FMA Alliance, Ltd** | Line **3.16** | __ __ __ __ |
| | **12339 Cutten Road** | ☐ Not listed.  Explain: | |
| | **Houston        TX    77066** | | |

| 4.3 | **MGR Law c/o Marcella G. Rabinovich, Esq.** | Line **3.5** | __ __ __ __ |
| | **100 Merrick Rd #W212** | ☐ Not listed.  Explain: | |
| | **Rockville Centre        NY    11570** | | |

| 4.4 | **Quick Bridge (National Funding)** | Line **3.14** | __ __ __ __ |
| | **4380 La Jolla Village Dr.** | ☐ Not listed.  Explain: | |
| | **San Diego        CA    92122** | | |

| 4.5 | **Recovery Solutions Group, LLC** | Line **3.9** | __ __ __ __ |
| | **1008 Mattlind Way** | ☐ Not listed.  Explain: | |
| | **Milford        DE    19963** | | |

| 4.6 | **UP Gateway Holdings Trust** | Line **3.16** | __ __ __ __ |
| | **12339 Cutten Road** | ☐ Not listed.  Explain: | |
| | **Houston        TX    77066** | | |

09/13/2024 02:01:25pm

| Debtor | **Rylee & Company, LLC** | Case number (if known) | **24-42062** |

---

### Part 3:  Additional Page for Others to Be Notified About Unsecured Claims

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |

**4.7**  **Wayfair Professional Financing**
**c/o JNR Adjustment Company, Inc.**
**P.O. Box 948197**

**Maitland**      **FL**     **32794**

Line   **3.6**

☐ Not listed.  Explain:

___ ___ ___ ___

| Debtor | **Rylee & Company, LLC** | Case number (if known) | **24-42062** |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

---

5.    **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$433,875.54** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$433,875.54** |

09/13/2024 02:01:25pm

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rylee & Company, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-42062**    Chapter **11** |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| Fill in this information to identify the case: |
| --- |
| Debtor name **Rylee & Company, LLC** |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number **24-42062** (if known) |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                            12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Bayfirst National Bank** | **700 Central Ave** <br> Number   Street <br> **Mail Code 206** <br> **St. Petersburg**      **FL**   **33701** <br> City                State   ZIP Code | **Amber Castillo** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 **BCA Capital** | **c/o Marcella G. Rabinovich, Esq.** <br> Number   Street <br> **100 Merrick Rd #W212** <br> **Rockville Centre**     **NY**   **11570** <br> City                State   ZIP Code | **Amber Castillo** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 **CFG Merchant Solutions, LLC** | **180 Maiden Lane, 15th Floor** <br> Number   Street <br> <br> **New York**        **NY**   **10038** <br> City                State   ZIP Code | **Amber Castillo** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 **Everest Business Funding +** | **c/o Recovery Solutions Group, LLC** <br> Number   Street <br> **1008 Mattlind Way** <br> **Milford**          **DE**   **19963** <br> City                State   ZIP Code | **Amber Castillo** | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | **Rylee & Company, LLC** | Case number (if known) | **24-42062** |

## ▌ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | **First United Bank and Trust Company** | **1400 W. Main St.** <br> Number   Street <br><br> **Durant**   **OK**   **74701** <br> City   State   ZIP Code | **Amber Castillo** | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | **Infinite Capital Group** | **147 Prince St.** <br> Number   Street <br><br> **Brooklyn**   **NY**   **11201** <br> City   State   ZIP Code | **Amber Castillo** | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | **Internal Revenue Service** | **P.O. Box 7346** <br> Number   Street <br><br> **Philadelphia**   **PA**   **19101-7346** <br> City   State   ZIP Code | **Amber Castillo** | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | **National Funding, Inc.** | **c/o Tara Muren** <br> Number   Street <br> **4380 La Jolla Village Dr.** <br> **San Diego**   **CA**   **92122** <br> City   State   ZIP Code | **Amber Castillo** | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | **Quick Bridge (National Funding)** | **4380 La Jolla Village Dr.** <br> Number   Street <br><br> **San Diego**   **CA**   **92122** <br> City   State   ZIP Code | **Amber Castillo** | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | **Recovery Solutions Group, LLC** | **1008 Mattlind Way** <br> Number   Street <br><br> **Milford**   **DE**   **19963** <br> City   State   ZIP Code | **Amber Castillo** | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | **SBA Cesc (EIDL)** | **14925 Kingspoint Road** <br> Number   Street <br><br> **Fort Worth**   **TX**   **76155** <br> City   State   ZIP Code | **Amber Castillo** | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Rylee & Company, LLC**                    Case number (if known)   **24-42062**

███  **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.12 TCF/Huntington Bank (Bus)** | **11100 Wayzata Blvd. Suite 700**<br>Number    Street<br><br>**Minnetonka    MN   55305**<br>City    State   ZIP Code | **Amber Castillo** | ☐ D<br>☑ E/F<br>☐ G |
| **2.13 Upstart Network, Inc.** | **P.O. Box 1503**<br>Number    Street<br><br>**San Carlos    CA   94070**<br>City    State   ZIP Code | **Amber Castillo** | ☐ D<br>☑ E/F<br>☐ G |
| **2.14 Wayfair Professional Financing** | **c/o JNR Adjustment Company, Inc.**<br>Number    Street<br>**P.O. Box 948197**<br>**Maitland    FL   32794**<br>City    State   ZIP Code | **Amber Castillo** | ☐ D<br>☑ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor Name **Rylee & Company, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **24-42062**

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:    Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
        Copy line 88 from Schedule A/B..............................................................................   **$616,000.00**

    1b.   **Total personal property:**
        Copy line 91A from Schedule A/B............................................................................   **$286,803.35**

    1c.   **Total of all property**
        Copy line 92 from Schedule A/B..............................................................................   **$902,803.35**

### Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.......................   **$400,784.35**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F............................................   **$0.00**

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...........................   **+   $433,875.54**

4.   **Total liabilities**
    Lines 2 + 3a + 3b...............................................................................................   **$834,659.89**

---

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name **Rylee & Company, LLC** |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number **24-42062** (if known) |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/13/24
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

**Amber Castillo**
Printed name

**Owner/Director**
Position or relationship to debtor